Deverie J. Christensen
Nevada State Bar No. 6596
Thomas W. Maroney
Nevada State Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
Email:  thomas.maroney@jacksonlewis.com

*Attorneys for Defendants*
*Golden Entertainment (NV), Inc. and Golden Pahrump Town, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRED A. KISER, | Case No. 2:23-cv-01675-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| GOLDEN ENTERTAINMENT (NV), INC.; a Foreign Corporation; GOLDEN PAHRUMP TOWN, LLC, a Domestic Limited-Liability Company; DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITIES I-XX, | |
| Defendants. | |

Plaintiff Fred A. Kiser, by and through his counsel of record, Kemp & Kemp, and Defendants Golden Entertainment (NV), Inc. and Golden Pahrump Town, LLC, by and through their counsel of record, Jackson Lewis, P.C., pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Jackson Lewis P.C.
Las Vegas

hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 1st day of November, 2024.

| KEMP & KEMP, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria A. Neal* <br> James P. Kemp, Bar #6375 <br> Victoria A. Neal, Bar #13382 <br> 7435 W. Azure Drive, Suite 110 <br> Las Vegas, NV 89130 <br><br> *Attorneys for Plaintiff* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> Thomas W. Maroney, Bar #13913 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants* <br> *Golden Entertainment (NV), Inc. and* <br> *Golden Pahrump Town, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
Gloria M. Navarro
United States District Court Judge

Dated: November  5 , 2024.